UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-06058 DMG (OPx)** | Date | November 17, 2010 |
|---|---|---|---|

| Title | *Linda Griffin v. Countrywide Home Loans, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION
SHOULD NOT BE TRANSFERRED TO THE DISTRICT OF NEVADA**

On August 13, 2010, Plaintiff Linda Griffin filed a complaint against Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, L.P., ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., and Does 1 though 10.  Plaintiff seeks, *inter alia*, to prevent foreclosure on real property located in the State of Nevada.  (Compl. at xiii.)  On October 15, 2010, Defendants filed a motion to dismiss Plaintiff's complaint.

In *Prawoto v. PrimeLending*, __ F. Supp. 2d __, 2010 WL 2593610, *3 (C.D. Cal. May 4, 2010), another court in this district held that a federal district court does not have subject matter jurisdiction over a "local action" involving land located in another state.  *Prawoto* found that a plaintiff seeking to prevent foreclosure on her home had a local action that required transfer to the district encompassing the situs of the property at issue.  In this case, it appears that this action is local to Nevada and that this Court does not have subject matter jurisdiction.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** why this action should not be transferred to the District of Nevada.  The parties shall file their responses by **November 29, 2010**.  The hearing on the motion to dismiss, currently set for November 29, 2010 at 9:30 a.m., is taken off calendar and will be re-set if necessary.

**IT IS SO ORDERED.**